Thomas Jackson, Appellant, vs. Thomas E. Wilson, Appellee.

Appeal from Circuit Court, Duval county; Rhydon M. Call, Judge.

Walker & L'Engle and M. C. Jordan, for Appellant.

James R. Challen, for Appellees.

The bill in this cause was filed by the appellee against the appellant and R. F. Bowden as administrator of the

estate of Joseph Barthol, deceased. There was decree for the complainant, and there was severance as to Bowden, administrator, &c., and the defendant Jackson appeals. The decree is affirmed.

Decision *Per Curiam.*